B & R OIL COMPANY, INC. v. RAY'S MOBILE HOMES, INC., No. 371-79

April 9, 1980. Appellant's brief shall be filed by May 9, 1980, or the cause shall be dismissed.

Maria L. HALPERN v. Frederick I. KANTOR, No. 397-79

April 9, 1980. Appellant's brief and printed case shall be filed by May 9, 1980, or the cause shall be dismissed.

Lynn H. WALKER, Charles Erdman and Sylvia Maresi, et al. v. TOWN OF DORSET, et al., No. 407-79

April 9, 1980. Appellant's brief shall be filed by May 9, 1980, or the cause shall be dismissed.

Leo Edward BOYLE, Virgie May Boyle and Leo Edward Boyle, Jr. v. THE MERCHANTS BANK, No. 460-79

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

IN RE GRIEVANCE OF Richard HARRISON, No. 474-79

April 9, 1980. The appellant shall evidence, by May 9, 1980, his application to the Board for the certification of questions of law or the appeal shall be dismissed.

James R. VAILLANCOURT, Administrator of the Estate of Baby Girl Vaillancourt; Sandra M. Vaillancourt, Individually; and James R. Vaillancourt, Individually v. MEDICAL CENTER HOSPITAL OF VERMONT, INC. and John D. Lewis, M.D., No. 4-80

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

PETITION OF 21 MAIN STREET LIMITED PARTNERSHIP v. VERMONT ELECTRIC COOPERATIVE, INC., No. 13-80

April 9, 1980. Appellant's brief shall be filed by May 9, 1980, or the cause shall be dismissed.